JOE LEWIS V. THE STATE.

No. 6395. Decided October 19, 1921.

**Robbery—Practice on Appeal—Reforming Judgment.**

In the absence of a statement of fact, the indictment and other proceedings being regular, the judgment must be affirmed; but the same being irregular in its terms, with reference to the confinement of the defendant in the penitentiary, the same is reformed according to the facts. Following Cole v. State, 73 Texas Crim. Rep., 457, and other cases.

Appeal from the Criminal District Court of Tarrant County. Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of robbery; penalty, imprisonment in the penitentiary for not less than five nor more than twenty years.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—Conviction is for robbery. The indictment is regular; and we have before us neither statement of facts nor bill of exceptions.

The judgment is irregular in that it orders appellant's confinement in the penitentiary for the full period of twenty years. It should condemn him to confinement in the state penitentiary for a period of not less than five nor more than twenty years, and it will be so reformed and affirmed. See Cole v. State, 73 Texas Crim. Rep., 457, and other cases listed in Vernon's Texas Crim. Statutes, Vol. 2, p. 857.

*Reformed and affirmed.*